UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH WAYNE JONES, <br><br> Petitioner, <br><br> v. <br><br> WARDEN OF R.J. DONOVAN CORRECTIONAL FACILITY, <br><br> Respondent. | Case No.: 3:25-cv-0960-AJB-VET <br><br> **ORDER DENYING CERTIFICATE OF APPEALABILITY** |

On April 16, 2025, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254, along with a motion to proceed *in forma pauperis* ("IFP"). *See* ECF Nos. 1, 2. On April 22, 2025, this Court denied the IFP motion because it lacked the required support, and the case was dismissed without prejudice. ECF No. 3 (citing Rules Governing § 2254, Rule 3(a)(2), 28 U.S.C. foll. 2254; Local Rule 3.2). The Court also notified Petitioner he could have his case reopened by either paying the $5.00 filing fee or submitting a properly supported IFP motion by June 2, 2025. *Id.*

Petitioner did not respond to the Court's order. Instead, on May 29, 2025, he filed a Notice of Appeal in the United States Court of Appeals for the Ninth Circuit. ECF No. 4. The Ninth Circuit then remanded the case to this Court for the limited purpose of determining whether a certificate of appealability is appropriate. *See* ECF No. 5.

A certificate of appealability is appropriate when "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right [or] that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The Court **DENIES** a certificate of appealability in this case because jurists of reason would not find the dismissal for failure to satisfy the filing fee requirement to be debatable or incorrect.

**IT IS SO ORDERED**.

Dated: August 4, 2025

Hon. Anthony J. Battaglia
United States District Judge